29 So.2d 362

### Tom HENDON v. STATE.

#### 6 Div. 549.

Supreme Court of Alabama.

March 6, 1947.

Newton & Selman and J. B. Powell, all of Jasper, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

STAKELY, Justice.

Petition of Tom Hendon for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Hendon v. State, 32 Ala.App. 615, 29 So.2d 360.

Writ denied.

GARDNER, C. J., and FOSTER and LAWSON, JJ., concur.